**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 1:26-cv-03704<br><br>**MOTION FOR LEAVE TO APPEAR** *PRO HAC VICE* |

Pursuant to Local Civil Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **Benjamin North**, hereby move this Court for an Order granting admission to practice *pro hac vice* and appear as counsel for the Plaintiff in the above-captioned action.  The rule states that "[a]ttorneys appearing for . . . federal agencies [other than the Department of Justice] must move for pro hac vice admission but the fee requirement is waived and the certificate(s) of good standing may have been issued within one year of filing." *Id.*  I am a member in good standing of the bar of the Commonwealth of Virginia and there are no pending disciplinary proceedings against me in any state or federal court. *See* Decl. of Benjamin North, filed contemporaneously herewith.

**WHEREFORE**, undersigned counsel for Plaintiff respectfully requests leave to appear as counsel and advocate *pro hac vice* in this case for Plaintiff United States Equal Employment Opportunity Commission.

Dated: May 5, 2026

/s/*Benjamin North*_____
BENJAMIN NORTH
Assistant General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov

*Attorney for Plaintiff United States Equal
Employment Opportunity Commission*

2

## **<u>CERTIFICATE OF SERVICE</u>**

Consistent with Local Civil Rule 5.2, this is to certify that on May 5, 2026, a copy of the foregoing was filed electronically and service of this filing will be accomplished by e-mail to all Parties by operation of the Court's electronic filing system (CM/ECF).

Dated: May 5, 2026

/s/*Benjamin North*_____
BENJAMIN NORTH
Assistant General Counsel
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov

*Attorney for Plaintiff United States Equal Employment Opportunity Commission*