**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

        v.

THE NEW YORK TIMES COMPANY,

        Defendant.

CIVIL ACTION NO. 1:26-cv-03704

**NOTICE OF MOTION FOR LEAVE TO
APPEAR *PRO HAC VICE***

To:    Evandro C. Gigante
       Attorney for The New York Times Company
       Proskauer Rose, LLP
       Eleven Times Square
       New York, NY 10004
       Tel: (212) 969-3132
       Fax: (212) 969-2900
       egigante@proskauer.com

**PLEASE TAKE NOTICE** that upon the affidavit of the movant in support of this motion

and the Certificate of Good Standing annexed thereto, we move this Court pursuant to Rule 1.3(l)

of the Local Rules of the United States District Courts for the Southern and Eastern Districts of

New York for an Order allowing the admission of movant, an attorney for the U.S. Equal

Employment Opportunity Commission, and a member in good standing of the bar of the

Commonwealth of Virginia, as attorney pro hac vice to argue or try this case in whole or in part

as counsel for Plaintiff. There are no pending disciplinary proceedings against me in any state or

federal court.

    Dated: May 5, 2026

                    Respectfully Submitted,

                    /s/Benjamin North_____

BENJAMIN NORTH
Assistant General Counsel

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov

*Attorney for Plaintiff United States Equal
Employment Opportunity Commission*

2

## **<u>CERTIFICATE OF SERVICE</u>**

Consistent with Local Civil Rule 5.2, this is to certify that on May 5, 2026, a copy of the

foregoing was filed electronically and service of this filing will be accomplished by e-mail to all

Parties by operation of the Court's electronic filing system (CM/ECF).

Dated: May 5, 2026

/s/Benjamin North_____
BENJAMIN NORTH
Assistant General Counsel
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov

*Attorney for Plaintiff United States Equal*
*Employment Opportunity Commission*

3