**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

        v.

THE NEW YORK TIMES COMPANY,

        Defendant.

</td><td>

CIVIL ACTION NO. 1:26-cv-03704

**DECLARATION OF BENJAMIN NORTH IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

</td></tr>
</table>

I, **Benjamin North,** pursuant to 28 U.S.C. § 1746, hereby state as follows:

1. I am Assistant General Counsel with the U.S. Equal Employment Opportunity Commission.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As demonstrated in the Certificate of Good Standing attached hereto, I am a member in good standing of the Bar of the Commonwealth of Virginia.

4. There are no pending disciplinary proceedings against me in any state or federal court, and I have never been disciplined in any state or federal court or by any bar association.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**WHEREFORE**, undersigned counsel for Plaintiff respectfully requests leave to appear as counsel and advocate *pro hac vice* in this case for Plaintiff United States Equal Employment Opportunity Commission.

Dated: May 5, 2026

/s/*Benjamin North*
BENJAMIN NORTH
Assistant General Counsel
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov

*Attorney for Plaintiff United States Equal Employment Opportunity Commission*

2