# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia,

do hereby certify that

Benjamin Francis North

was admitted to practice as an attorney and counsellor at the bar of this Court on

January 5, 2022.

I further certify that so far as the records of this office are

concerned, Benjamin Francis North is a member of the bar of this Court in

good standing.

Witness my hand and seal of said Court

This 4th day of May

A.D. 2026

By: _Ervina Pajalic_

*Deputy Clerk*