**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> THE NEW YORK TIMES COMPANY, <br><br> Defendant. | CIVIL ACTION NO. 1:26-cv-03704 <br><br> **ORDER FOR ADMISSION** <br> **PRO HAC VICE** |

The motion of **Benjamin North**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Virginia; and that his contact information is as follows:

Applicant's Name: Benjamin North

Federal Agency Name: United States Equal Employment Opportunity Commission

Address: 131 M Street, NE

City/State/Zip: Washington, D.C., 20507

Telephone: (202) 288-1622

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff United States Equal Employment Opportunity Commission in the above entitled action;

 **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
United States District / Magistrate Judge