# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        *Plaintiff,*<br><br> - and -<br><br>BRYANT ROUSSEAU,<br><br>    *Proposed Intervenor-Plaintiff,*<br><br>  v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>         *Defendant.* | Case No. 1:26-cv-3704-GHW-RFT |

## NOTICE OF MOTION FOR INTERVENTION

Per Federal Rules of Civil Procedure 24(a) and (b), Bryant Rousseau respectfully moves to intervene in this action as a plaintiff. This motion is "accompanied by a pleading that sets out the claim[s] … for which intervention is sought," per Rule 24(c). Rousseau, who filed the charge of discrimination leading to this suit, has a statutory right to intervene in this action to assert Title VII claims. *See* Fed. R. Civ. P. 24(a)(1); 42 U.S.C. §2000e-5(f)(1). And Rousseau can intervene as of right or, at minimum, permissively to assert his additional claims. *See* Fed. R. Civ. P. 24(a)(2), (b)(1)(B). For the reasons stated in the accompanying memorandum of law, the Court should grant Rousseau intervention.

On May 6, 2026, counsel for Rousseau conferred with counsel for the parties. The EEOC "consents to the motion with respect to the Title VII claims and takes no position with respect to the other claims." The New York Times "does not take a

position on [Rousseau's] right to intervene under Title VII, but reserves all rights with

respect to a motion to intervene … as well as the right to move against, answer or

otherwise respond to an intervenor complaint."

Dated: May 15, 2026                                         Respectfully submitted,

                                                            /s/ Daniel M. Vitagliano

                                                            Cameron T. Norris*
                                                            Daniel M. Vitagliano†
                                                                SDNY Bar No. 5856703
                                                            CONSOVOY MCCARTHY PLLC
                                                            1600 Wilson Blvd., Ste. 700
                                                            Arlington, VA 22209
                                                            703-243-9423
                                                            cam@consovoymccarthy.com
                                                            dvitagliano@consovoymccarthy.com

                                                            Counsel for Bryant Rousseau

                                                            * Pro hac vice application forthcoming
                                                            † Supervised by principals of the firm
                                                            admitted to practice in VA

## CERTIFICATE OF SERVICE

I certify that on May 15, 2026, I e-filed this motion and accompanying documents with the Court via ECF, which will automatically provide service to Plaintiff's counsel. I will also serve the motion and accompanying documents on Defendant's counsel by email at egigante@proskauer.com with consent or by overnight mail.

*/s/ Daniel M. Vitagliano*