**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>*Plaintiff,*<br><br>- and -<br><br>BRYANT ROUSSEAU,<br>*Proposed Intervenor-Plaintiff,*<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br>*Defendant.* | Case No. 1:26-cv-3704-GHW-RFT |

**[PROPOSED] ORDER**

Before the Court is Bryant Rousseau's motion to intervene in this action as a plaintiff. Having considered the motion and applicable law, the motion is GRANTED.


Dated:_____, 2026                    _____
      New York, NY                                      Hon. Robyn F. Tarnofsky
                                             United States Magistrate Judge