UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Plaintiff*,<br><br>-and-<br><br>BRYANT ROUSSEAU,<br><br>*Proposed Intervenor-Plaintiff,*<br><br>v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>*Defendant*. | 26 Civ. 03704 (GHW) (RFT)<br><br>**RESPONSE TO**<br>**MOTION FOR INTERVENTION** |

Defendant The New York Times Company ("The Times" or "Defendant") hereby responds to the Notice of Motion for Intervention (the "Motion"; Dkt. Nos. 14 and 15) filed by Proposed Plaintiff-Intervenor Bryant Rousseau ("Rousseau").

Defendant does not object to Rousseau's request to intervene in this lawsuit given Rousseau's statutory right to intervene as set forth in 42 U.S.C. § 2000e-5(f)(1) ("Title VII"). The Times also does not object to Rousseau's Motion to assert claims under 42 U.S.C. §1981, N.Y. Exec. Law §296(1)(a), and N.Y.C. Admin. Code §8-107(1)(a)(2)-(3) insofar as those claims, as set forth in the Proposed Plaintiff-Intervenor Complaint, arise out of the same set of operative facts as the Title VII claims asserted by Plaintiff U.S. Equal Employment Opportunity Commission.

For the avoidance of doubt, The Times does not waive, and expressly reserves, the right to respond to and deny any and all allegations made by Rousseau in the Proposed Plaintiff Intervenor Complaint at the appropriate time.

Dated: New York, New York
      May 22, 2026

PROSKAUER ROSE LLP

*/s/ Evandro C. Gigante*
Evandro C. Gigante

Eleven Times Square
New York, New York 10036
(T)  212.969.3000
egigante@proskauer.com

PROSKAUER ROSE LLP
Atoyia S. Harris (*pro hac vice* admission forthcoming)
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
(T)  504.310.2027
aharris@proskauer.com

*Attorneys for Defendant*
THE NEW YORK TIMES COMPANY