UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                Plaintiff,<br><br>   -and-<br><br>BRYANT ROUSSEAU,<br><br>             Proposed Intervenor-Plaintiff,<br><br>   -against-<br><br>THE NEW YORK TIMES COMPANY,<br><br>              Defendant. | 26-CV-03704 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Before me is Proposed Intervenor Bryant Rousseau's motion to intervene in this action, brought under Federal Rule of Civil Procedure 24. (*See* ECF 14, Rousseau's Mot. to Intervene.) "In order to intervene as a matter of right under Fed. R. Civ. P. 24(a)(2), an applicant must (1) timely file an application, (2) show an interest in the action, (3) demonstrate that the interest may be impaired by the disposition of the action, and (4) show that the interest is not protected adequately by the parties to the action." *In re Lake Holding & Fin. S.A.*, No. 20-MC-0652 (RA) (KNF), 2021 WL 603293, at *3 (S.D.N.Y. Feb. 16, 2021) (quoting *New York News, Inc. v. Kheel,* 972 F.2d 482, 485 (2d Cir. 1992). Rousseau argues that (1) his motion is timely because he filed his motion within 10 days of Plaintiff initiating this action; (2) he has a cognizable interest in the vindication of his rights under Title VII, 42 U.S.C. § 1981, and New York state and city law; (3) a judgment against Plaintiff could impair his ability to obtain a favorable ruling in subsequent, related litigation; and (4) his interests are inadequately represented by Plaintiff because Plaintiff is empowered to prosecute only claims under Title VII and not those under 42 U.S.C. §

1981 and New York state and city law. (*See* ECF 15, Rousseau's Memorandum of Law in Supp. of Mot. to Intervene at 4-7.) Defendant consents to Rousseau's request to intervene. (*See* ECF 21, Def.'s Resp. to Rousseau's Mot. to Intervene.) While an "[opposing party's] consent, without satisfying each of the elements of intervention as of right . . . is not sufficient to permit intervention," *In re Lake Holding & Finance S.A.*, 2021 WL 603293, at *4, I find that Rousseau has satisfied the requirements to intervene as a matter of right under Federal Rule of Civil Procedure 24. Accordingly, Rousseau's Motion to Intervene is GRANTED. The Clerk of Court is respectfully requested to terminate ECF 14.

DATED:  June 3, 2026                    SO ORDERED.
        New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**