

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C.  20507

Office of
General Counsel

TO:         The Honorable Gregory H. Woods
            United States District Judge
            Southern District of New York

FROM:       Counsel for All Parties

SUBJECT:    Letter regarding non-consent to proceed before United States Magistrate Judge in
            *EEOC et al. v. The New York Times Company*, Case No. 1:26-cv-3704-GHW

Dear Judge Woods,

Per the Court's Order dated June 3, 2026 (ECF No. 23), the Parties jointly advise the Court that all Parties do not unanimously consent to conduct all further proceedings before the assigned Magistrate Judge.

June 5, 2026                                    Respectfully submitted,

/s/Benjamin North                              /s/ Evandro C. Gigante
BENJAMIN NORTH (*pro hac vice*)                Evandro C. Gigante
Assistant General Counsel                      Eleven Times Square New York, New York
CARL CHANG (*pro hac vice*)                    10036
Trial Attorney                                 (T) 212.969.3000
                                               egigante@proskauer.com
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION                          PROSKAUER ROSE LLP
131 M Street NE                                Atoyia S. Harris (*pro hac vice* admission
Washington, D.C., 20507                        forthcoming)
(202) 288-1622                                 Poydras Center 650 Poydras Street, Suite 1800
Benjamin.north@eeoc.gov                        New Orleans, Louisiana 70130
Carl.chang@eeoc.gov                            (T) 504.310.2027
                                               aharris@proskauer.com

*Attorneys for Plaintiff United States Equal    Attorneys for Defendant THE NEW YORK
Employment Opportunity Commission*              TIMES COMPANY*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Washington, D.C.  20507

Office of
General Counsel

*/s/ Daniel M. Vitagliano*
Cameron T. Norris*
Daniel M. Vitagliano†
SDNY Bar No. 5856703
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700 Arlington, VA
22209
703-243-9423
cam@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*Counsel for Intervenor-Plaintiff Bryant Rousseau*
* Pro hac vice
†Supervised by principals of the firm admitted to practice in VA