IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>               Plaintiff,<br><br> – and –<br><br>BRYANT ROUSSEAU,<br><br>               Intervenor-Plaintiff,<br><br>    v.<br><br>THE NEW YORK TIMES COMPANY,<br><br>               Defendant. | 26 Civ. 03704 (GHW) (RFT) |
| THE NEW YORK TIMES COMPANY,<br><br>               Counterclaim Plaintiff,<br><br>    v.<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>ANDREA R. LUCAS, in her official capacity as Chair of the U.S. Equal Employment Opportunity Commission,<br><br>KALPANA KOTAGAL, in her official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission, and<br><br>BRITTANY BULL PANUCCIO, in her official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission,<br><br>               Counterclaim Defendants. | |

**DECLARATION REGARDING SERVICE OF PROCESS**

I state as follows:

    1.    I am over 18 years of age and am an associate attorney at Gibson, Dunn & Crutcher LLP.

2.      On July 13, 2026, I received summonses directed to Counterclaim Defendants Andrea R. Lucas, in her official capacity as Chair of the U.S. Equal Employment Opportunity Commission; Kalpana Kotagal, in her official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission; and Brittany Bull Panuccio, in her official capacity as Commissioner of the U.S. Equal Employment Opportunity Commission in the above-captioned matter.

3.      On July 14, 2026, I caused copies of the summonses described in the preceding paragraph, along with copies of the Answer, Affirmative Defenses and Counterclaims to be sent via certified mail to Chair Lucas, Commissioner Kotagal, Commissioner Panuccio, the Civil Process Clerk for the United States Attorney's Office for the Southern District of New York, and Acting Attorney General Todd Blanche. The addresses to which these mailings were sent are reflected in the below table. United States Postal Service (USPS) tracking records reflect that each mailing was delivered on or before July 20, 2026. For the mailing to the Civil Process Clerk for the United States Attorney's Office for the Southern District of New York specifically, USPS records indicate delivery was made on July 20, 2026 at 1:56 PM.

| Entity/Individual Served | Address |
|---|---|
| Chair Andrea R. Lucas | U.S. Equal Employment Opportunity Commission<br>131 M Street, NE<br>Washington, DC 20507 |
| Commissioner Brittany Bull Panuccio | U.S. Equal Employment Opportunity Commission<br>131 M Street, NE<br>Washington, DC 20507 |
| Commissioner Kalpana Kotagal | U.S. Equal Employment Opportunity Commission<br>131 M Street, NE<br>Washington, DC 20507 |
| Civil Process Clerk for the United States Attorney's Office for the Southern District of New York. | United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |
| Acting Attorney General Todd Blanche | United States Department of Justice<br>950 Pennsylvania Avenue<br>NW, Washington, D.C. 20530-0001. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2026

Respectfully submitted,

Nat Deacon
GIBSON, DUNN & CRUTCHER
1700 M Street NW
Washington, D.C. 20036
Telephone: 1 202.777.9481
ndeacon@gibsondunn.com