**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> -and- <br><br> BRYANT ROUSSEAU, <br><br> Intervenor-Plaintiff, <br><br> -against- <br><br> THE NEW YORK TIMES COMPANY, <br><br> Defendant. <br><br> ───────────────── <br><br> THE NEW YORK TIMES COMPANY, <br><br> Counterclaim Plaintiff, <br><br> -against- <br><br> U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et. al., <br><br> Counterclaim Defendants. | Civil Action No. 26-CV-3704-GHW-RFT <br><br> **NOTICE OF MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Plaintiff Equal Employment Opportunity Commission ("Commission" or "EEOC") hereby moves for an order striking certain affirmative defenses pursuant to Federal Rule of Civil Procedure 12(f)(2) from Defendant's Answer (Doc. 28). Specifically, the Commission moves to strike Defendant's Second, Third, Eighth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Affirmative Defenses. As discussed in the accompanying memorandum of law, these defenses are factually and legally deficient. If not struck, these defenses

will prejudice the Commission with the burdens of improper and time-consuming discovery related to them. The Commission therefore respectfully requests that the Court strike the Second, Third, Eighth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, and Eighteenth Affirmative Defenses.

Dated:  July 31, 2026

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*/s/ Benjamin North*
BENJAMIN NORTH
Assistant General Counsel (*pro hac vice)*
131 M Street, NE
Washington, D.C., 20002
(202) 288-1622
Benjamin.north@eeoc.gov

CARL CHANG
Trial Attorney (*pro hac vice*)
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
(205) 651-7056
carl.chang@eeoc.gov

## <u>CERTIFICATE OF SERVICE</u>

Consistent with Local Civil Rule 5.2, this is to certify that on July 31, 2026, a copy of the foregoing was filed electronically and service of this filing will be accomplished by e-mail to all Parties by operation of the Court's electronic filing system (CM/ECF).

Dated: July 31, 2026

/s/Benjamin North_____
BENJAMIN NORTH
Assistant General Counsel