# GIBSON DUNN

Katie Townsend
Direct: + 1 213.229.7839
Fax: + 1 202.530.9612
ktownsend@gibsondunn.com

August 4, 2026

VIA ECF
The Honorable Robyn F. Tarnofsky
U.S. District Court, Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re:     Request for extension to file opposition to motion to strike affirmative defenses, *U.S. Equal Employment Opportunity Commission v. The New York Times Company*, No. 26-cv-3704

Dear Judge Tarnofsky,

We write as counsel to Defendant and Counterclaim Plaintiff The New York Times Company ("The Times"), to respectfully request an extension of time to file a response in opposition to Plaintiff and Counterclaim Defendant the U.S. Equal Employment Opportunity Commission's ("EEOC") motion to strike affirmative defenses, Dkt. 42, so that The Times may file a combined opposition to that motion to strike and the EEOC's forthcoming motion to dismiss The Times's counterclaims.  As explained below, the requested extension is warranted to avoid duplicative, unnecessary briefing and will conserve party and judicial resources.

On July 10, 2026, The Times filed its Answer, Affirmative Defenses, and Counterclaims, Dkt. 28, in the above-referenced matter. The Times alleges three counterclaims under the First Amendment, Fifth Amendment, and Administrative Procedure Act (APA), respectively, against the EEOC arising out of the EEOC's filing of this enforcement action against The Times without fair notice and in retaliation for The Times's protected speech and reporting about the administration and the EEOC.  The Times also alleges affirmative defenses under the First Amendment, Fifth Amendment, and the APA that also arise out of the EEOC's misuse of its enforcement authority with respect to The Times.  On July 31, 2026, the EEOC filed a motion to strike those and other of The Times's affirmative defenses, Dkt. 42.  The Times's opposition to that motion to strike is currently due on August 14, 2026, *see* Local Rule 6.1.  The EEOC also has made clear its intention to file a motion to dismiss The Times's counterclaims on or before September 8, 2026.

Given the overlap between The Times's counterclaims and the affirmative defenses that the EEOC seeks to strike, The Times respectfully requests that it be permitted to file a combined opposition to the EEOC's motion to strike and the EEOC's forthcoming motion to dismiss to avoid duplicative briefing.  To that end, The Times respectfully requests that the deadline for its response to the EEOC's motion to strike be extended to September 22, 2026—14 days after the EEOC's motion to dismiss is due to be filed—so that The Times may file a combined opposition to both motions.

The Times has not previously moved for an extension of time with respect to its opposition to the EEOC's motion to strike affirmative defenses. The Times previously sought and obtained an extension of time to respond to the Intervenor-Plaintiff Bryant Rousseau's Complaint, from June 29, 2026 to July 10, 2026. Dkts. 26–27.

Prior to the EEOC's filing of its motion to strike, the Times proposed to the EEOC that the parties meet and confer and propose a mutually agreeable briefing schedule for consolidated briefing on the EEOC's motion to strike and its forthcoming motion to dismiss. The EEOC indicated without explanation that it would not "agree to a joint briefing schedule for the motions." When contacted for its position about this extension request, the EEOC stated that it does not consent because "[t]he EEOC does not see a sufficient reason to depart from the standard briefing schedule for the motion to strike." Mr. Rousseau's counsel stated that he "takes the same position as the EEOC."

The Times respectfully requests that the Court enter an order providing a deadline of September 22, 2026, for The Times to file a combined opposition to the EEOC's pending motion to strike affirmative defenses, Dkt. 42, and the EEOC's forthcoming motion to dismiss The Times's counterclaims.

Respectfully submitted,

 /s/ Katie Townsend

PROSKAUER ROSE LLP
Evandro C. Gigante
Eleven Times Square
New York, New York 10036
(T) 212.969.3000
egigante@proskauer.com

PROSKAUER ROSE LLP
Atoyia S. Harris (pro hac vice)
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
(T) 504.310.2027
aharris@proskauer.com

GIBSON, DUNN AND CRUTCHER LLP
Theodore J. Boutrous Jr.
Katie Townsend
333 South Grand Avenue
Los Angeles, California 90071
(T) 213.229.7000
tboutrous@gibsondunn.com
ktownsend@gibsondunn.com

Attorneys for Defendant and Counterclaim Plaintiff
THE NEW YORK TIMES COMPANY

cc: All Counsel of Record (via CM-ECF)