UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | |
| -and- | |
| BRYANT ROUSSEAU, | |
| Proposed Intervenor-Plaintiff, | |
| -against- | |
| THE NEW YORK TIMES COMPANY, | |
| Defendant. | |

26-CV-03704 (GHW) (RFT)

**ORDER**

| |
|---|
| THE NEW YORK TIMES COMPANY, |
| Counterclaim Plaintiff, |
| -against- |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et. al., |
| Counterclaim Defendants. |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Defendant/Counterclaim Plaintiff The New York Times Company's (the "Times") letter motion for an extension of time to respond to Plaintiff/Counterclaim Defendant U.S. Equal Employment Opportunity Commission's (the "EEOC") motion to strike affirmative defenses (ECF 42), so that the Times can file a joint response to the EEOC and Counterclaim Defendants EEOC Chair Andrea R. Lucas, Commissioner Kalpana Kotagal and Commissioner Brittany Pull Panuccio's (together, the "EEOC Parties") forthcoming motion to dismiss the Times's counterclaims. (ECF 45.) The Times asserts that there is substantial overlap between the affirmative defenses and counterclaims and therefore

argues that an extension would avoid duplicative briefing and will conserve judicial and party resources. The EEOC has indicated to the Times that it does not consent to the Times's extension request.

The EEOC shall file any opposition to the Times's letter motion for an extension of time to respond to the EEOC's motion to strike by **August 7, 2026**. The EEOC Parties' deadline to respond to the Times's counterclaims is extended nunc pro tunc until **August 10, 2026**, pending further order of the Court.

DATED:  August 5, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**