UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>    -and-<br><br>BRYANT ROUSSEAU,<br><br>          Proposed Intervenor-Plaintiff,<br><br>    -against-<br><br>THE NEW YORK TIMES COMPANY,<br><br>          Defendant. | 26-CV-03704 (GHW) (RFT)<br><br>**ORDER** |

| |
|---|
| THE NEW YORK TIMES COMPANY,<br><br>          Counterclaim Plaintiff,<br><br>    -against-<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et. al.,<br><br>          Counterclaim Defendants. |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is the EEOC's application for an extension of time to respond to the Times's counterclaims (ECF 47). The application is GRANTED. As the EEOC correctly notes, the original deadline was September 18, 2026 and not August 4, 2026. The order at ECF 46 is withdrawn to the extent that it imposes an earlier deadline on the EEOC to respond to the Times's counterclaims.

To be clear, the EEOC's deadline to respond to the Times's counterclaims is **September 18, 2026**. The EEOC's deadline to respond to the Times's letter-motion for an extension of time

to respond to the motion to strike affirmative defenses is **August 7, 2026**. The Clerk of Court is

respectfully requested to terminate ECF 47.

DATED:  August 6, 2026          SO ORDERED.
       New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**