UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>     -and-<br><br>BRYANT ROUSSEAU,<br><br>                    Proposed Intervenor-Plaintiff,<br><br>     -against-<br><br>THE NEW YORK TIMES COMPANY,<br><br>                    Defendant. | 26-CV-03704 (GHW) (RFT)<br><br>**ORDER** |
| THE NEW YORK TIMES COMPANY,<br><br>                    Counterclaim Plaintiff,<br><br>     -against-<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et. al.,<br><br>                    Counterclaim Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is The Times' letter motion for an extension of time to respond to the EEOC's motion to strike affirmative defenses (ECF 42), so that the Times can file a joint response to the EEOC's motion to strike affirmative defenses and the EEOC's forthcoming motion to dismiss the Times' counterclaims. (ECF 45.) The Times asserts that there is substantial overlap between the affirmative defenses and counterclaims, and the Times therefore argues that an extension would avoid duplicative briefing and will conserve judicial and party resources. The EEOC responds that only a minority of the counterclaims overlap with the challenged affirmative defenses. (ECF 49.) That may be true, but consolidating briefing

when there is any significant overlap in issues, as there is here, will conserve party and judicial resources. To address the EEOC's point that it plans to move to dismiss the Times' counterclaims before the September 18, 2026 deadline, I will tie the Times' obligation to file its combined response to the date the motion to dismiss is filed. Accordingly, the Times' letter motion is GRANTED IN PART, in that the Times shall have until 14 days after the EEOC moves to dismiss the counterclaims to file a joint opposition to the motion to strike affirmative defenses (ECF 42) and the anticipated motion to dismiss counterclaims. The EEOC shall file a combined reply in further support of both motions within seven days of the filing of the Times' filing of its combined opposition. The Clerk of Court is respectfully requested to terminate ECF 45.

DATED:  August 7, 2026          SO ORDERED.
        New York, NY

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**