**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

-and-

BRYANT ROUSSEAU,

Intervenor-Plaintiff,

-against-

THE NEW YORK TIMES COMPANY,

Defendant.

THE NEW YORK TIMES COMPANY,

Counterclaim Plaintiff,

-against-

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et. al.,

Counterclaim Defendants.

Civil Action No. 26-CV-3704-GHW-RFT

**NOTICE OF MOTION TO DISMISS COUNTERCLAIMS**

Plaintiff Equal Employment Opportunity Commission ("Commission" or "EEOC") hereby moves for an order dismissing Defendant's counterclaims pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As discussed in the accompanying memorandum of law, the Court lacks subject matter jurisdiction over the counterclaims; and even if there is jurisdiction, Defendant has failed to state a claim. This motion is made following the conference of counsel, which took place on August 25, 2026. Defendant declined an opportunity to amend.

The Commission therefore respectfully requests that the Court dismiss the counterclaims in their entirety.

Dated: August 28, 2026

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*/s/ Benjamin North*________
BENJAMIN NORTH
Assistant General Counsel (*pro hac vice)*
131 M Street, NE
Washington, D.C., 20002
(202) 288-1622
Benjamin.north@eeoc.gov

CARL CHANG
Trial Attorney (*pro hac vice*)
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
(205) 651-7056
carl.chang@eeoc.gov

**CERTIFICATE OF SERVICE**

Consistent with Local Civil Rule 5.2, this is to certify that on August 28, 2026, a copy of the foregoing was filed electronically and service of this filing will be accomplished by e-mail to all Parties by operation of the Court's electronic filing system (CM/ECF).

Dated: August 28, 2026

/s/Benjamin North________
BENJAMIN NORTH
Assistant General Counsel