# Exhibit 1

**View Job Posting Details** Deputy Editor, Real Estate

INTERNAL - Jan 2025

## Deputy Editor, Real Estate

**The mission of The New York Times is to seek the truth and help people understand the world. That means independent journalism is at the heart of all we do as a company. It's why we have a world-renowned newsroom that sends journalists to report on the ground from nearly 160 countries. It's why we focus deeply on how our readers will experience our journalism, from print to audio to a world-class digital and app destination. And it's why our business strategy centers on making journalism so good that it's worth paying for.**

**Times journalism is in amazing form, and audiences trust our authoritative coverage. Our talented business-side colleagues help serve our reporting and products to more than nine million subscribers across multiple platforms.**

**To continue supporting our strategy of creating journalism that stands apart, along with innovative products and services to bring the news to the world, we must recruit the finest journalists and hire many of the field's most creative and distinguished people.**

**That starts from within.**

**Employing more people at all levels of the organization who bring different perspectives will make our journalism more insightful, relevant and urgent.**

**We are committed to nurturing talent and investing in our own employees before recruiting from the outside. So if you see a job opening here that might be a right fit for you, we encourage you to apply.**

Deputy Editor, Real Estate

The Real Estate desk at The Times produces an ambitious daily report, covering breaking news about real estate and home decor, design and architecture. As a deputy editor, you will help the department head lead coverage and manage a staff of reporters and editors.

You are experienced at editing a variety of story forms, including service journalism, profiles, enterprise, investigations and trend stories. You are someone who is ready to jump on breaking news. The deputy editor will also help to cultivate a diverse stable of freelance writers, ensuring the report appeals to a wide and growing readership. You are familiar with off-platform avenues to showcase our journalism, and eager to experiment with new ones as they arise.

This is a hybrid position based in New York City and includes regular attendance in the office each week per your departmental guidance.

**Responsibilities:**

- Produce ideas in various story forms and execute on them.
- Manage editors, reporters and freelancers and shape coverage on the desk.
- Manage the daily coordination and scheduling of stories with the desk head.
- Attend meetings with other desks and engage with departments on cross-departmental projects.
- Work with the desk head to direct coverage of breaking news, features and service journalism, assigning.
- Strategize and build digital-centric approaches to long-standing features.
- Ensure a range of voices and perspectives are represented on the desk.
- Help recruit new freelancers to diversify topics, coverage and writing styles.
- Work directly with staff reporters to brainstorm and shape their stories and help them in their professional development.
- Set an example for a collaborative and productive in-person culture.
- Be available to edit and strategize on breaking news stories, including takeaways, sidebars and other stories that follow outside regular business hours.
- Engage with the audience editor or audience team to help shape coverage and promote articles.
- Demonstrate support and understanding of our value of journalistic independence and a strong commitment to our mission to seek the truth and help people understand the world.
- This role reports to the Editor, Real Estate.

**Basic Qualifications:**

- At least 7 years of experience at a digital or daily publication or newsroom
- At least 5 years of experience editing staff and contributing writers
- Experience with stories about real estate development, the housing market, as well as decor, design and architecture
- Strong, compassionate leadership skills

**Preferred Qualifications:**

- Enthusiasm for short features, deeply-reported investigations, service journalism and narratives
- A creative, collaborative spirit

The annual base pay salary for this role is between $150,000.00 and $175,000.00.
#LI-Hybrid

### Job Details

**Job Requisition ID**
REQ-017323

**Location**
New York, NY

**Posting Date**
01/06/2025 - 8 months ago

**Job Family**
Editing

**Time Type**
Full time

**Job Type**
Regular

**Supervisory Organization**
Real Estate (Nikita Stewart)

### Hiring Team

**Recruiter**

Mathias Kook

**Hiring Manager**

Nikita Stewart

View Team Members