U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, D.C. 20507

Office of
General Counsel

**VIA ECF**
The Honorable Robyn F. Tarnofsky
U.S. District Court, Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re: Status Report in *EEOC et al. v. The New York Times Company*, Case No. 1:26-cv-3704-GHW-RFT

Dear Judge Tarnofsky,

Pursuant to the Court's Case Management Order (ECF No. 52), the Parties jointly advise the Court that the Parties have exchanged initial disclosures and associated documents and are proceeding with discovery consistent with the deadlines established in the Order.

September 1, 2026

Respectfully submitted,

/s/*Benjamin North*
BENJAMIN NORTH (*pro hac vice*)
Assistant General Counsel
CARL CHANG (*pro hac vice*)
Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov
Carl.chang@eeoc.gov

*Attorneys for Plaintiff United States Equal Employment Opportunity Commission*

*/s/ Evandro C. Gigante*
Evandro C. Gigante
Eleven Times Square
New York, New York 10036
(T) 212.969.3000
egigante@proskauer.com

PROSKAUER ROSE LLP
Atoyia S. Harris (*pro hac vice*)
Poydras Center 650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
(T) 504.310.2027
aharris@proskauer.com

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Washington, D.C. 20507

Office of
General Counsel

/s/ Daniel M. Vitagliano
Cameron T. Norris*
Daniel M. Vitagliano†
SDNY Bar No. 5856703
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
703-243-9423
cam@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*Counsel for Intervenor-Plaintiff Bryant Rousseau*
* *Pro hac vice*
†Supervised by principals of the firm admitted to practice in VA

GIBSON, DUNN & CRUTCHER LLP
Theodore J. Boutrous Jr.
Katie Townsend
333 South Grand Avenue
Los Angeles, California 90071
(T) 213.229.7000
tboutrous@gibsondunn.com
ktownsend@gibsondunn.com

*Attorneys for Defendant The New York Times Company*