**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington, D.C. 20507**

Office of
General Counsel

**VIA ECF**
The Honorable Robyn F. Tarnofsky
U.S. District Court, Southern District of New York
500 Pearl Street, Room 910
New York, NY 10007

Re: Status Report in *EEOC et al. v. The New York Times Company*, Case No. 1:26-cv-3704-GHW-RFT

Dear Judge Tarnofsky,

Pursuant to the Court's Case Management Order (ECF No. 52), the Parties jointly advise the Court that the Parties have served responses to initial discovery requests, and Intervenor-Plaintiff Bryant Rousseau has served amended initial disclosures. The EEOC has served a document production consisting of non-privileged documents responsive to requests for production of documents not subject to the Court's partial discovery stay. The Times has identified documents it previously produced that are responsive to the EEOC and Intervenor-Plaintiff's discovery requests. The Parties advise the Court that while the Parties have engaged in lengthy efforts to resolve disputes related to ESI and the ESI protocol, material disputes remain which will likely require the Court's attention.

November 2, 2026

Respectfully submitted,

/s/*Benjamin North*
BENJAMIN NORTH (*pro hac vice*)
Assistant General Counsel
CARL CHANG (*pro hac vice*)
Trial Attorney

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street NE
Washington, D.C., 20507
(202) 288-1622
Benjamin.north@eeoc.gov
Carl.chang@eeoc.gov

*Attorneys for Plaintiff United States Equal Employment Opportunity Commission*

*/s/ Evandro C. Gigante*
Evandro C. Gigante
Eleven Times Square
New York, New York 10036
(T) 212.969.3000
egigante@proskauer.com

PROSKAUER ROSE LLP
Atoyia S. Harris (*pro hac vice*)
Poydras Center 650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
(T) 504.310.2027
aharris@proskauer.com

*Attorneys for Defendant The New York Times Company*

*/s/ Daniel M. Vitagliano*
Cameron T. Norris*
Daniel M. Vitagliano†
SDNY Bar No. 5856703
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700 Arlington, VA 22209
703-243-9423
cam@consovoymccarthy.com
dvitagliano@consovoymccarthy.com

*Counsel for Intervenor-Plaintiff Bryant Rousseau*
* *Pro hac vice*
†Supervised by principals of the firm admitted to practice in VA